IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 18 2019

Clerk, U S District Court
District Of Montana
Billings

KRISTOFER MIKAL WRIGHT,

Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

Defendants.

CV 17-90-BLG-SPW

ORDER ADOPTING
FINDINGS AND
RECOMMENDATIONS

Plaintiff Kristofer Mikal Wright, appearing pro se, seeks damages for alleged denial of medical care while incarcerated as a federal pretrial detainee at the Yellowstone County Detention Facility and Crossroads Correctional Center. (Doc. 11).

Pending before the Court are United States Magistrate Judge Timothy Cavan's findings and recommendations on Wright's amended complaint. (Doc. 13). Judge Cavan recommends this Court dismiss Defendants Bennion, Ostlund, Driscoll, Pitman, and Twito, because Wright failed to raise any allegations against them in the amended complaint. (Doc. 13 at 2). Additionally, Judge Cavan recommends this Court dismiss Defendants United States of America, the Department of Justice, the Federal Bureau of Prisons, County of Yellowstone Correctional Center, and Community Corrections of America, because Wright

1

failed to name them in the amended complaint. (Doc. 13 at 2). Wright filed a timely objection to the findings and recommendations, entitling him to de novo review. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(3).

The Court has carefully reviewed Wright's objection but cannot identify an actual legal argument against Judge Cavan's findings and recommendation. The objection contains many citations to legal precedents but does not state, in either legalese or layman's terms, why the Defendants should not be dismissed. Although pro se litigants are afforded a degree of liberal construction in their filings, the Court cannot raise arguments for Wright. Accordingly,

IT IS ORDERED the proposed findings and recommendations entered by United States Magistrate Judge Cavan (Doc. 13) are ADOPTED IN FULL.

IT IS FURTHER ORDERED Defendants Bennion, Ostlund, Driscoll, Pitman, Twito, the United States of America, the Department of Justice, the Federal Bureau of Prison, County of Yellowstone Correctional Center, Community Corrections of America, Dr. Joseph Berdecia, and Nurse Slusser are DISMISSED.

DATED this 18th day of June, 2019.

SUSAN P. WATTERS
United States District Judge